E-FILED 3/24/16
LINK #65
JS-6

# IN THE UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZARETH M. HAYSBERT, an individual,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>NAVIENT SOLUTIONS, INC., a Delaware corporation, and DOES 1-10,<br><br>　　　　　　Defendants. | Case No. 2:15-cv-04144-PSG-E<br><br>[Hon. Philip S. Gutierrez]<br><br>**[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE WITH 30 DAY RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT**<br><br>**[F.R.C.P.41(a)]** |

The Court, having considered the parties' stipulation to dismiss this action with prejudice with the Court to retain jurisdiction for 30 days to enforce settlement if needed, hereby ORDERS as follows:

This action is dismissed with prejudice with the Court retaining jurisdiction for 30 days to enforce settlement.

IT IS SO ORDERED

3/24/16

## PHILIP S. GUTIERREZ
_____
Honorable Philip S. Gutierrez

1

**[PROPOSED] ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE [F.R.C.P. 41]**